McCarter & English

Salvatore P. D'Alia
Associate

T. 973-639-2081
F. 973-624-7070

sdalia@mccarter.com

McCarter & English, LLP

Four Gateway Center
100 Mulberry St.
Newark, NJ 07102

www.mccarter.com

SO ORDERED this 21st day of September 2026

Christine P. O'Hearn
United States District Judge

September 18, 2026

**VIA ECF**

Hon. Christine P. O'Hearn, U.S.D.J.
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**Re: *Aranda-Chavarria v. Warden, et al.*, 1:26-cv-11730-CPO**

Dear Judge O'Hearn:

This firm represents petitioner Kenneth Joshua Arlanda Chavarria ("Petitioner") in the above-referenced *habeas* matter. We write in response to the Court's order entered on September 14, 2026 (the "Order"). *See* ECF No. 7.

The Order directs counsel for Petitioner, *inter alia*, "to review the submissions in this matter, and advise the Court by September 20, 2026 how much time is needed to file a reply to Respondent's submission and whether counsel intends to file an amended petition." *Id.* Unfortunately, we were unable to schedule an appointment to meet with Petitioner until late Friday afternoon because Petitioner's A number was mistyped in his filings.

We are meeting with Petitioner tomorrow morning, and therefore respectfully request additional time to advise the Court whether Petitioner will be filing an amended petition, and how much time Petitioner will need to reply to Respondents' submission. We respectfully requests an extension to Friday, September 25, 2026.

Respectfully,

*/s/ Salvatore P. D'Alia*

Salvatore P. D'Alia

CC: All counsel of record (via ECF)