McCarter & English

Salvatore P. D'Alia
Associate

T. 973-639-2081
F. 973-624-7070

sdalia@mccarter.com

McCarter & English, LLP

Four Gateway Center
100 Mulberry St.
Newark, NJ 07102

www.mccarter.com

SO ORDERED this 28th day of September 2026

Christine P. O'Hearn
United States District Judge

September 25, 2026

**VIA ECF**

Hon. Christine P. O'Hearn, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**Re: *Aranda Chavarria v. Warden, et al.*, 1:26-cv-11730-CPO**

Dear Judge O'Hearn:

This firm represents petitioner Kenneth Joshua Aranda Chavarria ("Petitioner") in the above-referenced *habeas* matter. We write in response to the Court's order entered on September 21, 2026 (the "Order"). *See* ECF No. 14.

Petitioner intends to file an Amended Petition on or before September 30, 2026. Petitioner also respectfully requests until October 2, 2026 to reply to Respondents' submissions opposing Petitioner's requested relief.

We thank the Court for its time and attention to this matter.

Respectfully,

*/s/ Salvatore P. D'Alia*

Salvatore P. D'Alia

CC: All counsel of record (via ECF)